UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION
AT MACON, GEORGIA



MINUTE SHEET
OF COURT PROCEEDINGS

Date:  7/7/2022                          Hearing:  Motions to Suppress/Dismiss

Judge:  Hugh Lawson                      Reporter:  Tammy DiRocco

Courtroom Deputy:  Nora Paul             Law Clerk: Amanda Smith

Case Number: 7:21-cr-58-HL

USA                                      Counsel:  Sonja Profit

V

William Phillips, Jr                     Counsel:  Fabian Goffe

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter for an official transcript.*

Time in Court: 2 hrs 5 mins

1:46 – Convene.  Opening remarks by the Court.
1:49 – Deft's Motion to Dismiss.  Deft argument.
2:00 – Govt argument.
2:10 – Motion to Dismiss is denied from the Bench.
2:11 – Deft's Motion to Suppress Physical Evidence/Statements.  Govt argument.
2:12 – Govt calls 1st witness, Kenny Busby.
2:16 – Cross.
2:22 – Redirect.
2:23 – Govt calls 2nd witness, Jason Adams.  Exhibit G1 – Video Body Cam of Jason Adams Admitted.
2:54 – Cross.
3:21 – Redirect.
3:22 – Deft argument.
3:35 – Govt argument.
3:42 – Deft rebuttal.
3:47 – The Court denies both Motions to Suppress.  This case is the second case on the 7/11/2022 Valdosta trial calendar.
3:51 – Hearing adjourned.